UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal. No.:   21-cr-52 (TJK) |
| **DOMINIC PEZZOLA** : | |
| **WILLIAM PEPE** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Christopher Berridge, who may be contacted by telephone on (202) 252-6685 or e-mail at Christopher.Berridge@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188

By:     __/s/ *Christopher A. Berridge*_____
Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 4th Street, N.W.
Washington, DC 20530
Desk: (202) 252-6685
Mobile: (202) 740-1738
Christopher.Berridge@usdoj.gov

## CERTIFICATE OF SERVICE

On this February 3, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                               __/s/ *Christopher A. Berridge*_____
                                               Christopher A. Berridge
                                               Assistant United States Attorney