UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v-<br>WILLIAM JOSEPH PEPE,<br>Defendant. | Case No. 21-CR-00052 (TKJ)-2 |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of John M. Pierce, it is hereby ORDERED that the Motion is GRANTED. John M. Pierce is admitted *pro hac vice* and may appear on behalf of Defendant William Joseph Pepe in the above-captioned matter.

Dated:_____, 2021

_____
United States District Judge