AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00052-TJK |
| DOMINIC PEZZOLA and WILLIAM JOSEPH PEPE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT WILLIAM JOSEPH PEPE

Date:   03/26/2021

*/s/ John M. Pierce*
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
*Address*

jpierce@piercebainbridge.com
*E-mail address*

(818) 918-8328
*Telephone number*

*FAX number*