IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Case No. 21-cr-52 (TJK) |
| v. | : |
| | : <u>UNDER SEAL</u> |
| **DOMINIC PEZZOLA,** | : |
| Also Known As "Spaz," | : Case No. 21-cr-52 |
| Also Known As "Spazzo," | : Assigned to: Judge Timothy J. Kelly |
| Also Known As "Spazzolini," | : Assign Date: 4/16/2021 |
| | : Description: SUPERSEDING INDICTMENT (B) |
| **WILLIAM PEPE, and** | : Case Relatd to 21 CR-52 (TJK) |
| | : |
| **MATTHEW GREENE,** | : |
| | : |
| **Defendants.** | : |

## ORDER

The United States has filed a motion to seal the above-captioned First Superseding Indictment, Arrest Warrant, and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "First Superseding Indictment").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the First Superseding Indictment and Arrest Warrant would jeopardize the investigation by providing the subjects of the investigation an opportunity to destroy evidence, flee, or tamper with witnesses.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the First Superseding Indictment and Arrest Warrant to (1) appropriate U.S. and

foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is, therefore, this 24th day of March, 2021,

ORDERED that the motion is hereby GRANTED, and that the First Superseding Indictment, Arrest Warrant, Affidavit, and related documents, the instant motion to seal, and this Order be SEALED until further order of the Court. It is

FURTHER ODERED that the First Superseding Indictment remain sealed until further order of this Court, or until Matthew Greene is arrested pursuant to the warrant issued contemporaneously with this Indictment, whichever occurs first.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE