**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-52 (TJK)** |
| **v.** | **:** | |
| | **:** | |
| **DOMINIC PEZZOLA,** | **:** | |
| | **:** | |
| **WILLIAM PEPE,** and | **:** | |
| | **:** | |
| **MATTHEW GREENE** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. The government also respectfully requests that this order apply to any co-defendants who may be joined.

The United States conferred with counsel for defendants Pezzola and Pepe regarding this motion, and counsel for each of those defendants indicated that the United States may file unopposed.   Mr. Greene does not yet have counsel in the District of Columbia, so his position is unknown.[1]

---

[1]    Mr. Greene was arrested in the Northern District of New York on April 21, 2021, pursuant to an arrest warrant issued in connection with a superseding indictment.  He is currently represented by an Assistant Federal Public Defender in connection with Rule 5 proceedings and a detention hearing in that district.   That indictment was initially placed under seal, but the terms of

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 4th Street, N.W., Room 11-909
Washington, D.C. 20530
202-252-7201
Erik.Kenerson@usdoj.gov

---

the sealing order caused it to be automatically unsealed upon Mr. Greene's arrest.   Thus, although the superseding indictment has not yet appeared on the public docket, his case is unsealed.