# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-52-2 (TJK)** |
| v. : | |
| : | |
| **WILLIAM PEPE,** : | |
| : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, and defendant William Pepe, by and through his attorney John Pierce, Esq., hereby provide this joint status update to the Court.

At a status conference on March 26, 2021, this Court granted the government's motion to exclude time pursuant to the Speedy Trial Act, and it set the matter for further status on May 25, 2021. It also directed the parties to file joint status updates on or before April 26, 2021. The parties accordingly file the below status update.

At the March 26 hearing, John Pierce, Esq., appeared on the defendant's behalf via video-link. The day before, Mr. Pierce moved to appear *pro hac vice*, which was granted by this Court. Mr. Pierce then formally entered his notice of appearance on March 26, 2021.

The government and Mr. Pierce are in the process of formalizing whether Mr. Pepe joins in the Protective Order that was entered on February 15, 2021 (ECF No. 17) or whether we will need to file a separate protective order for all defendants. We expect that issue to be resolved promptly.

The government expects to provide discovery to Mr. Pierce and his associates shortly after

that protective order issue is resolved. Further, the government will provide additional discovery now that the Court has signed the government's motion to disclose material protected by Federal Rule of Criminal Procedure 6(e) and/or currently under seal, ECF No. 39. Finally, on April 23, 2021, the government provided counsel with a viewing letter that will allow them to take a tour of the U.S. Capitol if they so choose, along with a copy of the superseding indictment.

    Mr. Pierce would also like to inform the Court that his client continues to "[reserve] his right to challenge any and all counts in the indictment due to defects in the indictment, insufficient evidence, and/or dismissal for any other legal impediments in the interest of justice." Further, Mr. Pierce and his associates intend on filing a motion to "transfer" the case from the District of Columbia to the Southern District of New York, where Mr. Pepe resides.

    Undersigned counsel has provided a copy of this joint status to Mr. Pierce and his associates, and he has informed undersigned counsel that it may be filed as a joint status update.

    Respectfully submitted,

    CHANNING PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By:    /s/ *Christopher A. Berridge*
    Christopher A. Berridge
    Assistant United States Attorney
    GA Bar No. 829103
    555 4th Street, N.W., Room 4124
    Washington, D.C. 20530
    202-252-6685
    Christopher.Berridge@usdoj.gov