# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM JOSEPH PEPE,<br><br>Defendant. | Case No. 21-CR-00052 (TJK)-2 |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Relief from Prejudicial Joinder, it is hereby ORDERED that the Motion is GRANTED. The Defendant William Pepe's trial is severed from that of his co-defendants Mr. Pezzola and Mr. Greene under Fed. Rule of Crim. Pro. 14(a).

Dated:_____, 2021

_____
Honorable Timothy J. Kelly
United States District Judge