# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM JOSEPH PEPE,<br><br>Defendant. | Case No. 21-CR-00052 (TJK)-2 |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Transfer, it is hereby ORDERED that the Motion is GRANTED.  This case is transfer to the venue of Eastern District of New York pursuant to Rule 21(a) of the Federal Rules of Criminal Procedure.

Dated:_____, 2021

_____
Honorable Timothy J. Kelly
United States District Judge