## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM JOSEPH PEPE,<br><br>Defendant. | Case No. 21-CR-00052 (TJK)-2 |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss Count 2: Obstruction of an Official Proceeding, it is hereby ORDERED that the Motion is GRANTED. The indictment with respect to the charges alleging obstruction of an official proceeding under 18 U.S.C. § 1512(c)(2) are hereby dismissed.

Dated:_____, 2021

_____
Honorable Timothy J. Kelly
United States District Judge