# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     -v-<br>WILLIAM JOSEPH PEPE,<br>          Defendant. | Case No. 21-cr-00052 (TKJ)-2 |

## NOTICE OF NO OBJECTION TO MOTION FOR PROTECTIVE ORDER

The Defendant William Joseph Pepe, by and through his counsel, hereby notifies the Court that he has no objection to the Motion for Protective Order. Defendant waives no right for any production of documents, information, transcripts of testimony, or other materials not designated as Confidential Information or any future claim of confidentiality concerning such information if it is later designated as Confidential Information. However, the disclosure of any information for which disclosure was proper at the time disclosed will not be deemed improper regardless of any such subsequent confidentiality designation.

Dated: May 25, 2021          /s/ John M. Pierce
                             John M. Pierce
                             355 S. Grand Avenue, 44th Floor
                             Los Angeles, CA 90071
                             Tel: (213) 262-9333
                             jpierce@piercebainbridge.com

                             *Attorneys for Defendant William Joseph Pepe*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/  John M. Pierce

Dated: May 25, 2021  /s/ Robert L. Jenkins, Jr.
Robert L. Jenkins Jr.
Brynum & Jenkins
1010 Cameron Street, Ste. 123
Alexandria, Va 22314
Tel: (703) 309-0899
rjenkins@bynumandjenkinslaw.com

Attorneys for Defendant William Joseph Pepe

CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Robert L. Jenkins, Jr.

Robert L. Jenkins Jr.