UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-52 (TJK) |
| v.             : | |
| : | |
| DOMINIC PEZZOLA,    : | |
| : | |
| WILLIAM PEPE,   and    : | |
| : | |
| MATTHEW GREENE    : | |
| : | |
| Defendants.   : | |

## GOVERNMENT'S NOTICE REGARDING STATUS OF DISCOVERY

The United States of America respectfully submits the attached memorandum, prepared by the U.S. Attorney's Office for the District of Columbia, regarding the status of discovery in cases related to the events at the U.S. Capitol on January 6, 2021. The memorandum does not address discovery in this particular case. Rather, it provides an update on the status of the government's efforts to meet its discovery obligations across all cases brought by the U.S. Attorney's Office related to January 6, 2021. Undersigned counsel understands that a substantively identical update has been recently filed in other cases related to January 6, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/ Erik M. Kenerson
Erik M. Kenerson
OH Bar No. 82960
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov