UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-52 (TJK) |
| v. : | |
| : | |
| DOMINIC PEZZOLA, : | |
| : | |
| WILLIAM PEPE,   and : | |
| : | |
| MATTHEW GREENE : | |
| : | |
| Defendants. : | |

**ORDER**

Based upon the representations in the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court finds good cause to continue the status conference presently scheduled for September 24, 2021, for a period of approximately 30 days. The Court further finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial, based on the complex nature of the case, for the reasons previously stated on the record on March 26, 2021, and in the government's filings regarding discovery, including ECF Nos. 71 and 75.

Therefore, it is this _____ day of September 2021,

**ORDERED** that the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at ____ _____; by video teleconference, and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

                                                                           _____
THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE