IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINIC PEZZOLA, WILLIAM PEPE, and MATTHEW GREENE,<br><br>    Defendants.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>    Proposed Intervenors. | Case No. 21-cr-52-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Press Coalition's Motion to Intervene, any response(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. The Press Coalition's Motion to Intervene for the purpose of challenging the Government's designation of CCTV videos as "Sensitive" or "Highly Sensitive" is **GRANTED**;

2. CCTV video(s) exchanged in discovery shall not be designated as "Sensitive" or "Highly Sensitive" unless the characteristics of the specific video(s) justify the designation;

3. Pursuant to Local Rule 49(f)(6)(i), any materials the parties file with the intention that they be sealed "must be filed by electronic means in a manner authorized by the Clerk and shall be accompanied by a motion to seal;" and

4. The parties shall file a notice on the docket when they submit video(s) to the court, and such notice shall include the parties' positions regarding release of the video(s) to the Press Coalition consistent with Standing Order No. 21-28 (BAH).

    **SO ORDERED.**

                                                                                           _____
                                                                                           United States District Judge