# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-52 (TJK) |
| : | |
| **DOMINIC J. PEZZOLA, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher A. Berridge, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/Christopher A. Berridge*
       Christopher A. Berridge
       GA Bar No. 829103
       Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       Christopher.Berridge@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of December, 2021, a copy of the foregoing was served on counsel of record for defendants via the Court's Electronic Filing System (ECF).

      /s/ *Christopher A. Berridge*
      Christopher A. Berridge
      Assistant United States Attorney