UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00052-TJK** |
| ) | |
| **WILLIAM JOSEPH PEPE,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**NOTICE OF APPERANCE**

To: The Clerk of Court and all parties of record

     Attorney William L. Shipley hereby makes this Notice of Appearance on behalf of:

Defendant William Pepe in this matter.

Dated: June 15, 2022                    Respectfully submitted,

                                                /s/ William L. Shipley
                                                William L. Shipley, Jr., Esq.
                                                PO BOX 745
                                                Kailua, Hawaii 96734
                                                Tel: (808) 228-1341
                                                Email: 808Shipleylaw@gmail.com