UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00052 |
| ) | |
| WILLIAM PEPE ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Defendant William Pepe by and through his counsel of record, William L. Shipley, files this Motion to Continue Status Conference in this matter, currently set for February 3, 2023 at 11:15 am.

On January 28, 2023, Defendant Pepe was informed of the passing of his grandfather.  Family plans for the week including February 3 are uncertain, and Defendant Pepe desires to give his family as much flexibility as possible in attending to arrangements.   Based on thereon, Defendant Pepe requests that the Status Conference be vacated, with the parties directed to "meet and confer" with respect to new date.

Defendant Pepe agrees that time should be excluded under the Speedy Trial Act to and through the rescheduled status conference in the interests of justice and shall make a full statement to that effect on the record when the status conferences takes place.  Undersigned will confer with Government counsel with proposed dates for availability.

Dated: January 28, 2023                                      Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*