UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00052 |
| ) | |
| WILLIAM PEPE ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES Defendant William Pepe by and through his counsel of record, William L. Shipley, files this Motion to Continue Status Conference in this matter, currently set for November 29, 2023 at 2:00 pm.

On November 15, 2023, Government Counsel extended a plea offer to Defendant Pepe through undersigned counsel. However, due to the short amount of time between the offering of the plea, and the next status hearing set for this matter, Defendant Pepe requires time to review additional discovery and the plea offer to be able to assess whether to accept the plea.

Undersigned has conferred with Government Counsel who do not oppose such motion to continue.

Wherefore, Defendant Pepe requests this Honorable Court to continue the status hearing to the week of December 11, 2023.

Dated: November 17, 2023                    Respectfully submitted,

                                                      /s/ William L. Shipley
                                                      William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*