UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.                              ) | Case No. 21-cr-00052 |
| ) | |
| **WILLIAM PEPE**              ) | |
| ) | |
| **Defendant**        ) | |
| ) | |

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
William Pepe


/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Brian Brady
Brian Brady
Assistant United States Attorney

Approved:


_____     Date:_____
Timothy J. Kelly
United States District Judge