UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-52-2 (TJK) |
| | : | |
| WILLIAM PEPE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF CORRESPONDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B)**

On December 15, 2023, the Court entered a scheduling order in this case that, among other things, directed the government to "notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b)" by February 26, 2024. ECF No. 143. The government hereby notifies the Court that earlier today, it provided written notice to counsel for defendant via email, pursuant to Fed. R. Evid. 404(b), of crimes, wrongs, or acts that that the government may seek to introduce at trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Brian D. Brady*
Brian D. Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov