UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00052-TJK** |
| ) | |
| **WILLIAM PEPE** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT PEPE'S NOTICE OF NO OPPOSITION**

          William L. Shipley, Jr., Esq.
          PO Box 745
          Kailua, Hawaii 96734
          Tel: (808) 228-1341
          Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant William Pepe, by and through his undersigned counsel of record William L. Shipley, and respectfully files this Notice of No Opposition to the Government's Omnibus Motion in *Limine*.

On March 18, 2024, the Government filed an omnibus motion in *limine* which included (1) Motion in *Limine* to Admit Certain Categories of Multimedia, (2) Motion in *Limine* to Admit Certain Statutes and Records, (3) Motion in *Limine* to Limit Unnecessary Discussion of Security-Related Topics, and (4) Motion in *Limine* to Preclude Improper Defense Argument.  *See* ECF No. 150.

After a review of the filing, Defendant Pepe does not oppose any of the motions in *limine* filed by the Government.

Dated: April 2, 2024          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com