UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00052-TJK |
| ) | |
| WILLIAM PEPE ) | |
| ) | |
| Defendant ) | |

**DEFENDANT WILLIAM PEPE'S REPLY TO THE GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS COUNT ONE OF THE SUPERSEDING INDICTMENT**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant William Pepe, by and through his undersigned counsel of record William L. Shipley, and respectfully files this reply to the government's opposition to Defendant Pepe's motion to dismiss count one of the indictment.

The Defendant concedes that the Government is correct in stating that the current state of the law in this Circuit with regard to the application of Sec. 1512(c) counts to the events of January 6, 2021, is as set forth in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023).

Given that this matter is set for trial prior to the Supreme Court's consideration of whether *Fischer* is correctly decided, the Defendant filed this motion to dismiss for the purpose of simply preserving any rights they might later have on this issue.

If the Defendant is acquitted at trial on this Count, the decision on this motion will not thereafter be relevant.

If convicted on the Sec. 1512(c) charge, the Defendant believes that one of two outcomes will result after the Supreme Court decides *Fischer* – if the Supreme Court affirms *Fischer*, this matter will proceed towards sentencing; and if the Supreme Court reverses *Fischer*, this Court will adjust to that outcome at sentencing.

Dated: April 7, 2024          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com