**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** )
)
)
**v.** ) **Case No. 21-cr-00052**
)
**WILLIAM PEPE** )
)
**Defendant** )
)

**DEFENDANT WILLIAM PEPE'S MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEOCONFERENCE FOR PRETRIAL CONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant William Pepe, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully requests permission for Defendant Pepe and his undersigned counsel to appear via videoconference at the Pretrial Conference on May 3, 2024.

Defendant Pepe is set for trial before this Court on May 20, 2024.

Undersigned counsel works from the states of Hawaii and California, and travels to the District of Columbia to appear in-person when required to do so. Defendant Pepe is a resident of New York state.

It does not appear that there are any substantive motions to be resolved at the pretrial conference.

It is the intentions of the parties for this case to proceed by way of bench trial.  Defendant Pepe will waive his right to jury trial on the record in Court during the Pretrial Conference and will submit the written "Waiver of Jury Trial" form to the Court in advance of the Conference.

Government Counsel Brian Brady has indicted the Government has no objection to the Defendant and his counsel appearing by videoconference.

Based thereon, Defendant Pepe requests this Court approve the request to allow both Defendant Pepe and undersigned counsel to appear via videoconference for the May 3, 2024, Pretrial Conference.  Defendant Pepe will waive his right to a personal appearance on the record at the time of the Pretrial Conference.

Dated: April 11, 2024                     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com