# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 15, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-CR-52-2 |
| v. | |
| WILLIAM PEPE, | VIOLATIONS: |
| | 18 U.S.C. § 231(a)(3) |
| Defendant. | (Civil Disorder) |
| | 18 U.S.C. §§ 1512(c)(2), 2 |
| | (Obstruction of an Official Proceeding) |
| | 18 U.S.C. § 1752(a)(1) |
| | (Entering and Remaining in a Restricted Building or Grounds) |
| | 18 U.S.C. § 1752(a)(2) |
| | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | 18 U.S.C. § 1512(c)(1) |
| | (Tampering with Records, Documents, or Objects) |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **WILLIAM PEPE** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **WILLIAM PEPE** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **WILLIAM PEPE** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **WILLIAM PEPE** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

Beginning on or about January 6, 2021, and ending no later than on or about January 12, 2021, in the District of Columbia and elsewhere, **WILLIAM PEPE** did corruptly alter, destroy, mutilate and conceal a record, document, and other object, that is, data on a cell phone, and attempted to do so, with the intent to impair the integrity and availability of data on the phone for use in an official proceeding in the District of Columbia, that is, the grand jury investigation into the attack on the Capitol on January 6, 2021, and the federal criminal prosecution of **PEPE** in the United States District Court for the District of Columbia.

(**Tampering with Records, Documents, or Other Objects**, in violation of Title 18, United States Code, Section 1512(c)(1))

A TRUE BILL:

FOREPERSON

*Matthew Graves*
Attorney of the United States in
and for the District of Columbia