# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-CR-52-2 (TJK) |
| : | |
| **WILLIAM JOSEPH PEPE,** : | |
| : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

The defendant, William Pepe, has filed a motion to continue the trial in this matter currently scheduled on May 20, 2024. ECF No. 156. On April 17, 2024, the Grand Jury returned a Second Superseding Indictment against Pepe, which removed three charges from the First Superseding Indictment, and added the charge of Tampering with Records, Documents, or Other Objects, in violation of 18 U.S.C. § 1512(c)(1). ECF No. 157.

The parties have conferred with the Court's Courtroom Deputy, who has confirmed that the Court is available to hold a trial in this matter beginning August 20, 2024. Defense counsel has confirmed his availability for this date and does not oppose resetting the trial to this date. The Government does not oppose a continuance until that date.

The parties will confer and endeavor to reach agreement on a revised pretrial filing schedule, including expert disclosures (if any). The parties will aim to present a proposed pretrial filing schedule to the Court at the arraignment on the Second Superseding Indictment.

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ Carolina Nevin*
        CAROLINA NEVIN
        Assistant United States Attorney
        NY Bar No. 5226121
        601 D Street, NW
        Washington, DC 20530
        (202) 803-1612
        carolina.nevin@usdoj.gov

        */s/ Brian D. Brady*
        BRIAN D. BRADY
        D.C. Bar Number 1674360
        Trial Attorney
        U.S. Department of Justice, Crim. Div.
        Detailed to the D.C. U.S. Attorney's Office
        601 D St. NW
        Washington, D.C. 20530
        BBrady@usa.doj.gov
        (202) 834-1916