UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-52-2 (TJK) |
| | : | |
| WILLIAM PEPE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF CORRESPONDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 702 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G)**

The government hereby notifies the Court that it has provided written notice to counsel for defendant, via email, pursuant to Fed. R. Evid. 702, regarding testimony by an expert witness that it seeks to introduce at trial, and in compliance with Federal Rule of Criminal Procedure 16(a)(1)(G).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
601 D Street, NW
Washington, DC 20530
(202) 803-1612
carolina.nevin@usdoj.gov