UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 21-cr-00052 |
| | ) |
| WILLIAM PEPE | ) |
| | ) |
| Defendant | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
William Pepe

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Brian Brady
Brian Brady
Assistant United States Attorney

Approved:

_____   Date: 8/13/24
Timothy J. Kelly
United States District Judge

1