UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-52-2 (TJK) |
| | : | |
| **WILLIAM JOSEPH PEPE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S OPPOSITION TO
### DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant William Joseph Pepe's Motion to Continue All Matters in This Case, ECF No. 173. This matter is set for sentencing on March 11, 2025, following Pepe's conviction after a bench trial. October 23, 2024, Minute Entry.

No material change to the facts or law at issue in this case has occurred since the Court rendered its verdict on the charges on October 23, 2024, and the government will be prepared to proceed to sentencing as scheduled. The Court should therefore deny Pepe's motion.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Avery*, No. 24-cr-79 (CRC), Nov. 6, 2024, Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024, Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024, Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, No. 23-cr-341 (RBW), Nov. 7, 2024, Minute Order

(denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024, Minute Order (denying motion to stay proceedings based on claim of potential clemency); *United States v. Baker*, 24-cr-121 (CRC), Nov. 11, 2024, Minute Order (denying motion to continue all matters based on claim of potential clemency). The defendant's citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendant is a private citizen.

For the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with the sentencing hearing on March 11, 2025.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Carolina Nevin*
        CAROLINA NEVIN
        Assistant United States Attorney
        NY Bar No. 5226121
        601 D Street, NW
        Washington, DC 20530
        (202) 803-1612
        carolina.nevin@usdoj.gov


/s/ Brian D. Brady
BRIAN D. BRADY
D.C. Bar Number 1674360
Trial Attorney
U.S. Department of Justice, Crim. Div.
Detailed to the D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
BBrady@usa.doj.gov
(202) 834-1916