UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-CR-52 |
| : | |
| **WILLIAM JOSEPH PEPE,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 178, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE TIMOTHY J. KELLY
United States District Court Judge